AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>Tyler Pham<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19-MJ-548<br>)<br>) **UNDER SEAL**<br>)<br>) |

**FILED DEC 2 7 2019**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2019 to December 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSAs Jay Prabhu and Bibeane Metsch

*Complainant's signature*

Special Agent Donald A. Mockenhupt, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 27, 2019

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*